## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

_____

In re:   JELENA MARIJANOVIC                         Case No. 15-03948
                                                    Chapter 13
XXX-XX-5294                                         Judge DALES

Debtor.

_____/

## FIRST PRE-CONFIRMATION PLAN AMENDMENT

**NOW COMES** the Debtor by and through her counsel and hereby proposes the first pre-confirmation plan amendment.

1. Debtor filed her original Chapter 13 Plan on July 11, 2015.
2. Debtor's original Chapter 13 Plan proposed a plan payment of $250.00 per monthly. The amount of the payment is correct; however, the proposed frequency is incorrect and should be semi-monthly.
3. Debtor's proposed first amended pre-confirmation plan amendment seeks to change the proposed plan payment to $250.00 per semi-monthly.
4. The following are the provisions that differ from the original plan:

II.    **FUNDING**

A. **PLAN PAYMENT**  The Debtor(s) shall make payments in the amount of $ 250.00  per ☐ week, ☐ bi-weekly, ☒ semi-monthly, ☐ monthly, and/or ☐ Other (see "Additional Plan Payment Provisions" below) for the minimum of the Applicable Commitment period (ACP).

☐ Additional Plan Payment Provisions:

Date:  **July 14, 2015**          /s/ Jelena Marijanovic
                                  **Jelena Marijanovic**                                , Debtor

Date:  **July 14, 2015**          /s/ Ryan F. Beach
                                  **Ryan F. Beach P71022**                             , Counsel for the Debtor
                                  **The Law Offices of Ryan F. Beach, PLLC**
                                  **1500 East Beltline Ave., Suite 235**
                                  **Grand Rapids, MI 49506**
                                  **(616) 389-0629**

1

Case:15-03948-swd Doc #:8 Filed: 07/14/15 Page 2 of 2